## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| JOHN CHOMET, | ) | Case No. 2:22-cv-04263 |
| | ) | |
| Plaintiff, | ) | CHIEF JUDGE ALGENON L. MARBLEY |
| | ) | |
| v. | ) | MAGISTRATE JUDGE CHELSEY M. |
| | ) | VASCURA |
| RUSCILLI CONSTRUCTION CO., LLC, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated this 30th day of March, 2023.


/s/Trisha M. Breedlove
Trisha M. Breedlove (0095852)
**SPITZ, THE EMPLOYEE'S LAW FIRM**
1103 Schrock Road, Suite 307
Columbus, Ohio 43229
Telephone: (614) 556-4811
Facsimile: (216) 291-5744
trisha.breedlove@spitzlawfirm.com
*Counsel for Plaintiff*

/s/Melvin J. Davis (email approval 3/30/23)
Melvin J. Davis (0079224)
Reminger Co., LPA
200 Civic Center Drive, Suite 800
Columbus, Ohio 43215
Telephone: (614) 232-2630
Facsimile: (614) 232-2410
mdavis@reminger.com
*Counsel for Defendants*